**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 10, 2015

Hon. Stephen Williams
Judge, 135th District Court
115 N. Bridge Street
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Hon. Stephen B. Tyler
District Attorney
205 N. Bridge St., Suite 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Hon. Joyce Leita
Attorney At Law
P. O. Box 213
115 S. Main, 2nd Floor
Victoria, TX 77902
* DELIVERED VIA E-MAIL *

Hon. Brendan W. Guy
Assistant District Attorney
205 N. Bridge Street, Ste 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Re: Cause No. 13-15-00339-CR
Tr.Ct.No. 2-103790
Style: In Re The State of Texas, ex rel Stephen B. Tyler

RPI's motion for extension of time to file response in the above cause was this day GRANTED by this Court. The time has been extended to 8/24/2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch

cc: Hon. Cathy Stuart (DELIVERED VIA E-MAIL)